# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

_____

<u>Virginia Hall v. Chubb European Group SE,</u>  Appeal No.  24-10556-G
_____

Azure Restoration of South Florida

Yoanna Blanco, Esq.

Daniel Castro, Esq.

Chartwell Law Offices, LLP

Christopher R. Cooper, Esq.

Chubb European Group SE

Chubb Limited

Virginia Hall

Hon. William F. Jung (MD FL)

Link Public Adjusting Group Marcus G. Mahfood, Esq.

Thomas J. Morgan, Esq.

Morgan Law Group, PA

Hon. Thomas Wilson (MD FL)

                                          Respectfully Submitted,

                                          <u>/s/ Gray Proctor</u>
                                          Fla. Bar No. 48192
                                          242 Lake Drive
                                          Morristown, NJ 07960
                                          202-469-1754

E-mail: gray@allappeals.com
Attorney for Appellant

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of this document was filed with the Court's CM/ECF system, which will send a notice of electronic filing to the following counsel of record, on March 28, 2024:

Yoanna Blanco
Christopher Cooper

Chartwell Law
100 SE 2nd St STE 2150
Miami, FL 33131
305-372-9044
fax 305-372-5044

/s/ Gray Proctor

2