# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

---

Virginia Hall v. Chubb European Group SE,  Appeal No.  24-10556-G

---

Azure Restoration of South Florida

Yoanna Blanco, Esq.

Daniel Castro, Esq.

Chartwell Law Offices, LLP

Christopher R. Cooper, Esq.

Chubb European Group SE

Chubb Limited (NYSE: CB)

Virginia Hall

Hon. William F. Jung (MD FL)

Link Public Adjusting Group Marcus G. Mahfood, Esq.

Thomas J. Morgan, Esq.

Morgan Law Group, PA

Hon. Thomas G. Wilson (MD FL)

IN THE UNITED STATES COURT OF
APPEALS FOR THE ELEVENTH CIRCUIT

Appeal No.: 24-10556-G
District Court Docket No.: 8:23-cv-00933

VIRGINIA HALL

     Appellant,

v.

CHUBB EUROPEAN GROUP SE,

     Appellee.

## **APPELLANT'S RESPONSE TO JURISDICTIONAL QUESTION**

The Court has requested the parties to address whether Appellee sufficiently alleged the diversity of the parties' citizenship when removing the case to federal court. If the jurisdictional allegations are insufficient, the Court has requested the parties to explain how it should proceed.

In the notice of removal, Appellant Virginia Hall is alleged to be a citizen of Florida residing in Manatee County. Appellee Chubb European Group SE is alleged to be a company incorporated and domiciled in Paris, France, and therefore a citizen of France. (D.E. 1, at 3-4). As the Court has noted, Appellee did not make any allegations as to its principal place of business, where it would also be a citizen. 28 U.S.C. § 1332(c)(1). Therefore, Appellee failed to adequately allege diversity of citizenship in its removal complaint.

Nevertheless, there should be no dispute that federal subject matter jurisdiction exists here, because the parties are completely diverse. Corporations like Chubb have only a single principal place of business, the "nerve center" (typically the headquarters) where "the corporation's high level officers direct, control, and coordinate the corporation's activities." *Hertz Corp. v. Friend*, 559 U.S. 77, 80, 130 S. Ct. 1181, 1186 (2010). Chubb's website represents that Chubb European Group SE is headquartered in France, where it was formed.[1] This entity, in turn, is wholly owned by Chubb Limited. (D.E. 2). Chubb Limited is a publicly traded company listed on the NYSE (as CB) with its headquarters listed as Zurich, Switzerland.[2] There is no evidence of which Appellant is aware that any relevant Chubb-named entity maintains its "nerve center" in Florida such that diversity jurisdiction would be defeated.[3] Appellant is willing to accept a jurisdictional allegation to that effect.

Therefore, Appellee should be permitted to amend its pleadings pursuant to 28 U.S.C. § 1653, unless doing so would violate its duty of candor and truthfulness to the

[1] https://www.chubb.com/uk-en/about-us-uk/company-details.html

[2] https://www.sec.gov/ix?doc=/Archives/edgar/data/896159/000110465924035000/tm248910d1_8k.htm; *see also Geiger v. Chubb Indem. Ins. Co.*, No. 23-cv-01080-PAB-KAS, 2024 U.S. Dist. LEXIS 33571, at *5 (D. Colo. Feb. 27, 2024) (discussing evidence that Chubb Limited is headquartered in Switzerland).

[3] Before it was purchased by ACE INA Holdings, predecessor The Chubb Corporation was headquartered in New Jersey. *Fischer v. Chubb Ins.*, No. 16-8220 (KM) (MAH), 2016 U.S. Dist. LEXIS 170590, at *5 (D.N.J. Dec. 9, 2016). Appellant is unaware of any Florida-based offices that might have lead a successor purchaser to establish a nerve center in the state. And although Appellee Chubb European may have acquired Appellant Hall's policy from some other company, that predecessor company is not a party to this suit.

Court.    However, if for some reason the Court concludes that subject matter jurisdiction is lacking here or that Appellee's pleading defect is incurable, in addition to dismissing this appeal, the Court should vacate the District Court's judgment and remand the case back to state court for further proceedings.

Respectfully Submitted,

/s/ Gray Proctor
Fla. Bar No. 48192
242 Lake Drive
Morristown, NJ 07960
202-469-1754
E-mail: gray@allappeals.com
Attorney for Appellant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of this document was filed with the Court's CM/ECF system, which will send a notice of electronic filing to the following counsel of record, on March 28, 2024:

Yoanna Blanco
Christopher Cooper
Chartwell Law
100 SE 2nd St STE 2150
Miami, FL 33131
305-372-9044
fax 305-372-5044

/s/ Gray Proctor